# UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| WAYNE SMITHSON | |
| | Case No.  3:20-cr-00069 |
| | USM No. 26436-075 |
| | David Fletcher |

Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  ___2 and 3___  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Purchase of drone and video camera without permission of the U.S. Probation Officer | 11/13/2025 |
| 3 | Failure to answer truthfully certain questions asked by the U.S. Probation Officer | 11/13/2025 |

The defendant is sentenced as provided in pages 2 through  ___3___  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ Violation No. 1 dismissed upon the granting of the Government's motion to dismiss.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7114

Defendant's Year of Birth:  1981

City and State of Defendant's Residence:
Woodbury, Tennessee

03/06/2026
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

March 12, 2026
Date

DEFENDANT: WAYNE SMITHSON
CASE NUMBER· 3·20-cr-00069

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ·

75 days incarceration

☐  The court makes the following recommendations to the Bureau of Prisons.

☑  The defendant is remanded to the custody of the United States Marshal

☐  The defendant shall surrender to the United States Marshal for this district·

    ☐  at _____ ☐ a m  ☐ p.m.  on _____

    ☐  as notified by the United States Marshal

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons·

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal

    ☐  as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows·

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: WAYNE SMITHSON
CASE NUMBER: 3 20-cr-00069

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of .

No term of supervised release to follow